The People of the State of New York, Respondent,
against
Rashaun Hopkins, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Laurie Peterson, J.), rendered March 25, 2017, convicting him, upon his plea of guilty, of fraudulent accosting, and imposing sentence.




Per Curiam.
Judgment of conviction (Laurie Peterson, J.), rendered March 25, 2017, affirmed. 
Application by appellant's counsel to withdraw as counsel is granted (see Anders v California, 386 US 738 [1967]; People v Saunders, 52 AD2d 833 [1976]). We have reviewed this record and agree with defendant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: February 14, 2020